**Tevis R. IGNACIO, Plaintiff— Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; et al., Defendants— Appellees.**

No. 03–15040.
D.C. No. CV–01–20278–RMW/PVT.

United States Court of Appeals,
Ninth Circuit.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The court sua sponte changes the docket to reflect that John Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 9, 2003.*

Decided June 12, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Tevis R. Ignacio appeals pro se the district court's judgment dismissing his action for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Olson Farms, Inc. v. Barbosa*, 134 F.3d 933, 936 (9th Cir.1998), and we affirm.

Ignacio's complaint asserted claims relating to his family court proceedings in Santa Clara Superior Court. The district court properly dismissed Ignacio's action under the *Rooker–Feldman* doctrine because his complaint challenged final state court determinations, *see id.*, and also raised federal constitutional claims that were "inextricably intertwined" with those state court judgments, *see Doe & Assocs. Law Offices v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir.2001).

We reject Ignacio's remaining contentions.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.